JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Francisco Duarte,

          Plaintiff,

   v.

Binh Lam, et al.,

          Defendants.

Case No.   2:18-cv-09893-AB (JPRx)

ORDER DISMISSING CIVIL ACTION

     THE COURT having been advised by counsel that the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.


Dated:  March 29, 2019        _____

                       ANDRE BIROTTE JR.
                       UNITED STATES DISTRICT JUDGE